```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION
```

UNITED STATES OF AMERICA,

v.

OCTAVIO CRUZ ALBAR,

    Defendant.

CRIMINAL CASE NO.

1:13-cr-45-08-JEC-JSA

## **ORDER**

    This case is before the Court on the Magistrate Judge's Report and Recommendation [199] recommending accepting defendant's plea of guilty tendered on August 29, 2013. No objections to the Report and Recommendation [199] have been filed.

    It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [199] and **ACCEPTS** the defendant's plea of guilty as to Count One of the Indictment.

    SO ORDERED this 23rd day of May, 2014.

                                /s/ Julie E. Carnes
                                JULIE E. CARNES
                                CHIEF U.S. DISTRICT JUDGE